## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-1662-ZLW-CBS

LABORATORY CORPORATION OF AMERICA HOLDINGS d/b/a LABCORP,

    Plaintiff,

v.

METABOLITE LABORATORIES, INC.,

    Defendant.

_____

COMPETITIVE TECHNOLOGIES, INC.,

    Plaintiff-in-Intervention,

v.

LABORATORY CORPORATION OF AMERICA HOLDINGS d/b/a LABCORP,

    Defendant-in-Intervention.
_____

### AMENDED ORDER GRANTING
### LABCORP'S UNOPPOSED MOTION FOR EXTENSION OF TIME
_____

Upon consideration of the Unopposed Motion to Amend Order Granting Extension of Time (doc. no. 57) filed by Plaintiff and Defendant-in-Intervention Laboratory Corporation of America Holdings d/b/a LabCorp, the Court hereby GRANTS the Unopposed Motion and AMENDS its October 25, 2006 Order as follows:

    (1)    LabCorp will have up to and including November 3, 2006 to respond to Metabolite Laboratories, Inc.'s Amended Answer and Counterclaims and CTI's Notice of Dismissal of its Complaint-in-Intervention;

    (2)  The Parties will have up to and including November 3, 2006 to exchange supplemental Initial Disclosures; and

    (3)  The Parties will have up to and including November 3, 2006 to submit a proposed Amended Scheduling Order.

    DATED at Denver, Colorado, this 1st day of November.

                  BY THE COURT:

                  *s/Craig B. Shaffer*
                  Craig B. Shaffer
                  United States Magistrate Judge