**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cv-1662-ZLW-CBS

LABORATORY CORPORATION OF AMERICA HOLDINGS d/b/a LABCORP,

    Plaintiff,

v.

METABOLITE LABORATORIES, INC.,

    Defendant.

---

**ORDER GRANTING LABCORP'S UNOPPOSED MOTION
TO WITHDRAW MOTION TO SEAL**

---

Upon consideration of the Unopposed Motion to Withdraw the Motion to Seal filed by Plaintiff Laboratory Corporation of America Holdings d/b/a LabCorp, the Court hereby GRANTS the Motion to Withdraw.

Dated this __9__ day of August, 2007.

                                                   /s/ Zita L. Weinshienk
                                                 United States District Judge

fb.us.2224959.01