**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 04-cv-01662-ZLW-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  August 16, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| LABORATORY CORPORATION OF AMERICA HOLDINGS d/b/a LABCORP, | Nina Y. Wang<br>Natalie M. Hanlon-Leh |
| **Plaintiff,** | |
| v. | |
| METABOLITE LABORATIES, INC., | Glenn K. Beaton<br>J. Gregory Whitehair |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTIONS HEARING**
**Court in Session:      2:30 p.m.**
Court calls case.  Appearances of counsel.

**ORDERED:   Metabolite's Motion for Protective Order Against Depositions of Trial Counsel [filed June 18, 2007; doc. 96] is granted for the reasons stated on the record.**

HEARING CONCLUDED.

**Court in Recess:      3:03 p.m.**
Total In-Court Time:     00:33