IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-1662-ZLW-CBS

LABORATORY CORPORATION OF AMERICA HOLDINGS d/b/a LABCORP,

    Plaintiff,

v.

METABOLITE LABORATORIES, INC.,

    Defendant.

---

**ORDER**

---

Counterclaimant Metabolite moved to amend its Amended Counterclaim filed October 20, 2006, to dismiss with prejudice Claim III thereof. Plaintiff does not oppose the motion.

Being advised in the premises, it is hereby ORDERED that such motion is granted and Claim III of Metabolite's Amended Counterclaim filed October 20, 2006, is hereby dismissed with prejudice.

BY THE COURT:

Date: 9/11/07

*[Signature: Zita L. Weinshienk]*