IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-1662-ZLW-CBS

LABORATORY CORPORATION OF AMERICA HOLDINGS,
d/b/a LABCORP, a Delaware corporation,

    Plaintiff,

v.

METABOLITE LABORATORIES, INC.,
a Colorado corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Sur-Reply to Metabolite's Reply in Support of its Motion to Strike Testimony Designated in the Final Pretrial Order Regarding Undisclosed Evidence (*doc. no. 170*) is **GRANTED**. As of the date of this order, the Clerk of Court is instructed to accept for filing, "Plaintiff's Sur-Reply to Metabolite's Reply in Support of Its Motion to Strike Testimony Designated in the Final Pretrial Order Regarding Undisclosed Evidence" (*doc no. 170-2*) tendered to the court on March 10, 2008.

**DATED:**    March 13, 2008