# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 04-cv-01662-ZLW-CPS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** March 17, 2008 | **Courtroom Deputy:** Ben Van Dyke |

LABORATORY CORPORATION OF AMERICA   Mary V. Sooter
HOLDINGS d/b/a LABCORP,   Natalie M. Hanlon-Leh

    **Plaintiff,**

v.

METABOLITE LABORATIES, INC.,   Glenn K. Beaton

    **Defendant.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** MOTIONS HEARING
**Court in Session:** 1:33 p.m.
Court calls case. Appearances of counsel.

Counsel present arguments regarding the motions pending before the court.

**ORDERED:** Metabolite's Motion to Strike Testimony Designated in the Final Pretrial Order Regarding Undisclosed Evidence [filed January 30, 2008; doc. 141] is denied for the reasons stated on the record. Discovery shall be reopened for sixty (60) days for the limited purpose of pursuing discovery on the issues of cost-effectiveness. Metabolite will decide whether it wishes to pursue this discovery by the close of business on March 21, 2008. If Metabolite chooses not to pursue further discovery, Laboratory Corporation of America Holdings may not pursue any further discovery.

**ORDERED:** LabCorp's Motion to Confirm its Entitlement to Trial by Jury [filed February 1, 2008; doc. 143] is granted for the reason stated on the record.

**ORDERED:** LabCorp's Motion to Strike Undisclosed Witnesses Designated in the Final Pretrial Order [filed February 1, 2008; doc. 144] is denied without prejudice. The four witnesses set forth in the motion will only be allowed for impeachment purposes. Metabolite's counsel shall provide a letter to opposing counsel regarding the four witnesses consistent with the discussion on the record.

**ORDERED:** Metabolite's Motion to Re-Align the Parties [filed February 13, 2008; doc. 153] is denied for the reasons stated on the record.

**ORDERED:** Plaintiff's Motion to File Under Seal Six Exhibits to Plaintiff's Opposition to Metabolite's Motion to Strike Testimony Designated in the Final Pretrial Order Regarding Undisclosed Evidence [filed February 19, 2008; doc. 157] is granted for the reasons stated on the record. The exhibits designated in the motion are hereby sealed.

<u>**SETTLEMENT CONFERENCE**</u> is set for **May 8, 2008 at 9:00 a.m. LabCorp shall arrive at 9:00 a.m., and Metabolite shall arrive at 10:30 a.m.**

Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.

Parties participating in ECF may e-mail Confidential Settlement Statements, which are fifteen (15) pages or less including attachments, in PDF format to **Shaffer_Chambers@cod.uscourts.gov**. ALL Confidential Settlement Statements that are over fifteen (15) pages including attachments are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS."

HEARING CONCLUDED.

**Court in recess:**     **4:00 p.m.**
Total time in court:     02:27