IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-01662-ZLW-CBS

LABORATORY CORPORATION OF AMERICA HOLDINGS d/b/a LABCORP,

    Plaintiff,

v.

METABOLITE LABORATORIES, INC.,

    Defendant.

_____

ORDER
_____

    It is ORDERED that **this case is set for trial to jury for four days commencing at 10:30 a.m. on Monday, September 22, 2008**, in Courtroom A801, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. It is

    ORDERED that counsel shall review the pre-trial order and shall file a short joint status report with the Court by August 12, 2008, advising the Court of the following:

    1. Any problems, factual or legal, which are not adequately disclosed by the pre-trial order.

    2. Any witnesses or exhibits not listed in the pre-trial order which are stipulated or allowed by order of court.

    3. Matters which counsel believe can be resolved in advance of trial, including motions in limine.

    4. Unusual legal questions which counsel anticipate will arise at trial.

5. Changes which should be made in the estimated length of trial as shown by the pre-trial order.

6. Possibilities of settlement.

It is FURTHER ORDERED that **a Trial Preparation Conference before Judge Zita L. Weinshienk is hereby set on Thursday, August 21, 2008, at 2:00 p.m.** in Courtroom A801, **at which time any pending motions, including motions in limine, may be heard**. It is

FURTHER ORDERED that all motions in limine shall be filed on or before August 1, 2008, responses to be filed on or before August 12, 2008. It is

FURTHER ORDERED that the parties must comply with D.C.COLO.LCivR 7.1A. before filing any motion in limine. It is

FURTHER ORDERED that counsel shall read and comply with the procedures as outlined in the Civil Trial Procedures, Trial Check List, and Jury Instructions located at the Court's website: **http://www.cod.uscourts.gov/Judges/Judges.aspx** Counsel shall be prepared to discuss these procedures if necessary and may ask any questions of the Court and Court staff at the scheduled Trial Preparation Conference for any needed clarification.

Dated at Denver, Colorado, this   27th   day of March, 2008.

                BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court