IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-01662-ZLW-CBS

LABORATORY CORPORATION OF AMERICA HOLDINGS d/b/a LABCORP, a Delaware corporation,

    Plaintiff,

v.

METABOLITE LABORATORIES, INC., a Colorado corporation,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Dated: August __14__, 2008

    It is ORDERED that Metabolite's Unopposed Motion For Leave To File Metabolite's Response To LabCorp's Motion In Limine To Preclude Reference To Any Representations By LabCorp Regarding Patient Care And State Law And Exhibits Under Seal (Doc. No. 189; Aug. 11, 2008) is granted.