IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-01662-ZLW-CBS

LABORATORY CORPORATION OF AMERICA HOLDINGS d/b/a LABCORP, a Delaware corporation,

    Plaintiff,

v.

METABOLITE LABORATORIES, INC., a Colorado corporation,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Dated: March 6, 2009

    It is ORDERED that the Urgent Motion By Defendant Metabolite Regarding The Appellate Record And Rule 7.1 Certification (Doc. No. 223; Mar. 4, 2009) is granted over objection. The appeal record in the present case shall include the record in Civil Action No. 99-cv-00870-ZLW-CBS.